IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

K.J.,

        **Plaintiff,**

v.                                     Civil Action No. 1:21-CV-74
                                          (BAILEY)

**UNITED STATES OF AMERICA and**
**OFFICER LARRY MARTIN,**

        **Defendants.**

## THE UNITED STATES OF AMERICA'S PARTIAL MOTION TO DISMISS

COMES NOW, the Defendant, the United States of America, by and through undersigned counsel, and hereby moves to dismiss Count III of Plaintiff's Complaint for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). Further, the United States moves to dismiss Plaintiff's request for attorneys' fees and demand for a jury trial. The United States' position in support of this Motion is more fully set forth in the accompanying Memorandum of Law.

                                                              Respectfully submitted,

                                                              WILLIAM IHLENFELD
                                                              UNITED STATES ATTORNEY

By:         */s/  Christopher J. Prezioso*
                Christopher J. Prezioso
                Assistant United States Attorney
                WV Bar # 9384

                */s/ Morgan S. McKee*
                Morgan S. McKee
                Assistant United States Attorney
                WV Bar # 12669

                */s/ Maximillian F. Nogay*
                Maximillian F. Nogay
                Assistant United States Attorney
                WV Bar # 13445

                United States Attorney's Office
                P.O. Box 591
                1125 Chapline Street, Suite 3000
                Wheeling, WV  26003
                Phone:  304-234-0100
                Fax:  304-234-0112

                *COUNSEL FOR DEFENDANT*
                *UNITED STATES OF AMERICA*