IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

K.J.

        Plaintiff,

v.                                                  CIVIL ACTION NO. 1:21-CV-74
                                                    Judge Bailey

UNITED STATES OF AMERICA,
and OFFICER LARRY MARTIN,

        Defendants.

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

Now comes Plaintiff, by her counsel, in compliance with the controlling Scheduling Order in this action, Fed. R. Civ. P. 26(a)(2) and LRCivP 26.01(b), providing the following *Expert Witness Disclosure*:

### Fed. R. Civ. P. 26(a)(2)(A) Disclosure

1. David S. Husted, M.D., M.S.
   3365 Burns Road, Suite 203
   Palm Beach Gardens, FL 33410

2. Cynthia Ivy, PsyD/DAP-C
   Bureau of Prisons Psychology Services

3. T. Keener, RN
   Bureau of Prisons Health Services

4. M. Mukhin, PsyD
   Bureau of Prisons Health Services

5. Leigh Bird, PA-C
   Bureau of Prisons Health Services

6. Xinyu Li, M.D.
   Bureau of Prisons Health Services

7. Meghan Reilly, PsyD
   Bureau of Prisons Psychology Services

8. Any/all other BOP health care providers who have provided any care to Plaintiff.

**Fed. R. Civ. P. 26(a)(2)(B) Disclosure**

A written report prepared and signed by David S. Husted, M.D., M.S. is attached hereto as *Exhibit A*. The report enumerates "Sources Of Data" some or all of which may be exhibited to the jury. Dr. Husted's qualifications, including a list of publications he has authored or has contributed to authoring, is appended to his report as *Exhibit A-1*. A list of all other cases in which, during the previous 4 years, Dr. Husted testified as an expert at trial or by deposition is appended to his report as *Exhibit A-2*. A statement of the compensation to be paid to Dr. Husted for his time in this matter, along with documentation of payment made to date, are respectively appended to his report as *Exhibit A-3* and *Exhibit A-4*.

No written report or further disclosure is required respecting the remaining persons identified as experts herein, and defendants possess all records prepared by said witnesses.

Respectfully submitted,
Plaintiff, K.J.

/s/ Anthony I. Werner
Anthony I. Werner, Esq. (WVSB #5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
P: 304-233-4380 F: 304-233-4387
awerner@johnwernerlaw.com

Jay T. McCamic, Esq. (WVSB #2386)
McCamic Law Firm, PLLC
80 12th Street, STE 305
P.O. Box 151
Wheeling, WV 26003
P: 304-238-9460 F: 304-830-5324
jay@mccamic.com

L. Dante' diTrapano, Esq. (WVSB #6778)
dditrapano@cldlaw.com
Alex McLaughlin, Esq. (WVSB #9696)
amclaughlin@cldlaw.com
Calwell Luce diTrapano PLLC
500 Randolph Street
Charleston, WV 25302
P: 304-343-4323 F: 304-344-3684

W. Jesse Forbes, Esq. (WVSB #9965)
Forbes Law Offices, PLLC
1118 Kanawha Blvd., East
Charleston, WV 25301
P: 304-343-4050 F: 304-343-7450
wjforbes@forbeslawwv.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the foregoing **PLAINTIFF'S EXPERT WITNESS DISCLOSURE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Morgan S. McKee, Esquire
Christopher J. Prezioso, Esquire
Maximillian F. Nogay, Esquire
United States Attorney's Office
P.O. Box 591
1125 Chapline Street, Suite 300
Wheeling, WV 26003
(*Counsel for United States of America*)

And

Jason M. Wingfield, Esquire
GIANOLA, BARNUM, BECHTEL & JECKLIN, LC
1714 Mileground
Morgantown, WV 26505
(*Counsel for Larry C. Martin*)

/s/ Anthony I. Werner
Anthony I. Werner, Esq. (WVSB #5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
P: 304-233-4380 F: 304-233-4387
awerner@johnwernerlaw.com

Jay T. McCamic, Esq. (WVSB #2386)
McCamic Law Firm, PLLC
80 12th Street, STE 305
P.O. Box 151
Wheeling, WV 26003
P: 304-238-9460 F: 304-830-5324
jay@mccamic.com

4

        L. Dante' diTrapano, Esq. (WVSB #6778)
        dditrapano@cldlaw.com
        Alex McLaughlin, Esq. (WVSB #9696)
        amclaughlin@cldlaw.com
        Calwell Luce diTrapano PLLC
        500 Randolph Street
        Charleston, WV 25302
        P: 304-343-4323 F: 304-344-3684

        W. Jesse Forbes, Esq. (WVSB #9965)
        Forbes Law Offices, PLLC
        1118 Kanawha Blvd., East
        Charleston, WV 25301
        P: 304-343-4050 F: 304-343-7450
        wjforbes@forbeslawwv.com